**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:15-md-2626-HES-JRK |
| DISPOSABLE CONTACT LENS ANTITRUST LITIGATION | Judge Harvey E. Schlesinger<br>Magistrate Judge James R. Klindt |
| THIS DOCUMENT RELATES TO:<br><br>*Alcon Vision, LLC v. Lens.com, Inc.*<br>3:19-cv-706-HES-JRK | |

**NOTICE REGARDING COUNSEL FOR ALCON VISION, LLC'S**
**AVAILABILITY FOR SEPTEMBER 2, 2020 HEARING**

On June 15, 2020, this Court filed a Notice to Counsel directing counsel to "notify the Court within five (5) days from the date of [the] notice whether they are available" for a hearing on Wednesday, September 2, 2020.  Case No. 3:19-cv-706, ECF No. 80.

Counsel for Alcon Vision, LLC is available for a hearing on September 2, 2020.

RESPECTFULLY SUBMITTED this 17th day of June, 2020.

By: */s/* David R. Marriott
David R. Marriott
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
dmarriott@cravath.com

A. Graham Allen  (Florida Bar No. 117110)
James. M. Riley  (Florida Bar No. 700411)
Samuel J. Horovitz (Florida Bar No. 0059015)
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207
Telephone: 904-398-3911
Facsimile: 904-396-0663
gallen@rtlaw.com
jriley@rtlaw.com
shorovitz@rtlaw.com

*Counsel for Alcon Vision, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2020, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will cause a notice of the electronic filing to be sent to all CM/ECF participants for this matter.

<u>/s/ David R. Marriott</u>
Attorney